IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 15-10041-tmd** |
| *Fenorris Pearson, Sr. and* | ) | **Chapter 7** |
| *Nicole L. Pearson* | ) | **Hon. Tony M. Davis** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |
| | ) | |
| *Ronald G. Garriques*, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Adv. Proceeding No.: 15-1074-tmd** |
| | ) | |
| *Fenorris Pearson, Sr.,* | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR ADVERSARY PLAINTIFF RONALD G. GARRIQUES

The law firm of Sutherland Asbill & Brennan files this Notice of Withdrawal as Counsel for Adversary Plaintiff Ronald G. Garriques ("Garriques") pursuant to L. Rule 2014(e)(2). All further pleadings, notices, and other filings should be directed to Garriques's attorney-in-charge, Steve Jakubowski, at the following address:

Steve Jakubowski
180 N LaSalle St. Suite 3300
Chicago, Illinois 60601
312.456.0191
312.782.6690 fax
sjakubowski@rsplaw.com

Mr. Jakubowski's motion for admission *pro hac vice* is currently pending before the Court.

25942260.1

2

Dated: May 4, 2015

                                                              RESPECTFULLY SUBMITTED,

                                                              SUTHERLAND ASBILL & BRENNAN LLP

                          By:   */s/ Mark Sherrill*
                                             Mark Sherrill
                                             State Bar No. 24034678
                                             700 Sixth Street NW
                                             Washington, DC 20001
                                             202.383.0360
                                             202.637.3593 fax
                              mark.sherrill@sutherland.com

                                             ATTORNEYS FOR RONALD G. GARRIQUES

## CERTIFICATE OF SERVICE

On this 4th day of May, 2015, a true and correct copy of the foregoing *Notice of Withdrawal as Counsel* was served in accordance with L. Rule 2014(e)(2) and 9013(d).

                                                    */s/ Mark Sherrill*
                                                    Mark Sherrill

25942260.1